TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN





NO. 03-

02-00313-CV








In re Joenica Weidknecht, Chasity Ballard, Tiffany Lopez, Dana Randle,


Rachel Villanueva, Kemisha Tyson and Melanie Duncan







ORIGINAL PROCEEDING FROM TRAVIS COUNTY







PER CURIAM

 Relators Joenica Weidknecht, Chasity Ballard, Tiffany Lopez, Dana Randle, Rachel
Villanueva, Kemisha Tyson and Melanie Duncan have filed a petition for writ of mandamus seeking
relief from an order granting a plea in abatement pending arbitration. We deny relators' petition for
writ of mandamus. See Tex. R. App. P. 52.8(a).


Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Filed: June 5, 2002

Do Not Publish